UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAN HUNT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF )<br>VETERAN AFFAIRS, )<br>)<br>Defendant. ) | Civil Action No. 11-1210 (RJL) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of August 2012,

**ORDERED** that defendant's motion for summary judgment (ECF No. 15) is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for summary judgment (ECF No. 23) is **DENIED**; it is further

**ORDERED** that all other pending motions (ECF Nos. 20, 26) are **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that judgment is entered for the Defendant. This is a final appealable Order.

RICHARD J. LEON
United States District Judge